NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SEMICONDUCTOR MANUFACTURING
INTERNATIONAL (SHANGHAI) CORPORATION,
*Appellant,*

v.

TAIWAN SEMICONDUCTOR MANUFACTURING
CO., LTD.,
*Appellee.*

---

2010-1441

(Opposition Nos. 91171146 and 91171147)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**ORDER**

Semiconductor Manufacturing International (Shanghai) Corporation, moves for a 60-day extension of time, until February 1, 2011, to file its opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 9 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: David E. Sipiora, Esq.
Bijal V. Vakil, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 9 2010

JAN HORBALY
CLERK